UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In Re Subpoenas in** | : | |
| | : | |
|     **KEITH LONGTON,** | : | |
| | : | |
|                         **Plaintiff,** | : | |
| | : | |
|            v. | : | **Misc. No. 06-0164 (ESH)** |
| | : | |
|     **PRINCE GEORGE'S COUNTY, MD,** | : | |
|       *et al.*, | : | |
| | : | |
|                         **Defendants.** | : | |
| | : | |
| **In Re Subpoenas in** | : | |
| | : | |
|     **KEITH LONGTON,** | : | |
| | : | |
|                         **Plaintiff,** | : | |
| | : | |
|            v. | : | **Misc. No. 06-0165 (ESH)** |
| | : | |
|     **PRINCE GEORGE'S COUNTY, MD,** | : | |
|       *et al.*, | : | |
| | : | |
|                         **Defendants.** | : | |
| | : | |

## ORDER

Pursuant to Local Civil Rule 72.2(a), it is hereby

**ORDERED** this matter is referred to Magistrate Judge John Facciola for determination of Motion to Quash. On any filing related to this matter, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Magistrate Judge John Facciola following the case number in the caption.

**SO ORDERED.**

                                                                                                                                             s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Date:   April 18, 2006


Copies to:

    Magistrate Judge John Facciola