ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re Subpoenas in | ) |
| KEITH LONGTIN | ) |
| Plaintiff, | ) |
| v. | ) Misc. Nos. 06-164 & 06-165 ESH |
| PRINCE GEORGE'S COUNTY, MD, et al., | ) |
| Defendants. | ) |

NOTICE OF SUPPLEMENTAL AUTHORITY

The United States Attorney, through the undersigned counsel, hereby provides notice to the Court and parties of a recent decision that bears on one of the arguments presented in the Motion To Quash the subpoenas issued in this matter.[1] In Yousuf v. Samantar, No. 05-5197, 2006 WL 1651050 (D.C. Cir. June 16, 2006), the Court of Appeals declined to extend the holding in

---

[1] This subpoena was removed to this Court from the Superior Court for the District of Columbia in Misc. No. 06-164. The Motion To Quash was intended to be docketed in the same action, but was given a separate Misc. No (Misc. No. 06-165). The Court may wish to consolidate the two matters for administrative convenience.

<u>Al Fayed</u> v. <u>CIA</u>, 229 F.3d 272, 272 (2000), beyond the context of 28 U.S.C. § 1782.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Supplemental Authority has been made by mailing copies thereof to:

Cary J. Hansel, Esq.
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770

and

Jay Creech, Esq.
14741 Governor Oden Bowie Drive
Suite 5121
Upper Marlboro, MD  20772

on this 20th day of June, 2006.

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.,
Civil Division
Washington, DC  20530
(202) 514-7230